In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-22-00134-CR

**PHILLIP JEROME SIMMONS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CR35130**

## ORDER

Appellant's counsel filed a motion to withdraw supported by a brief concluding that the instant appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant's counsel certified that counsel provided copies of the motion and brief to appellant and advised appellant of appellant's right to examine the appellate record and file a *pro se* response. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014).

On September 26, 2022, appellant requested access to the appellate record with this Court. We hereby direct the clerk of the trial court to provide access to a paper copy of the reporter's record and clerk's record to appellant, and to provide written verification to this Court of the date and manner in which the appellate record was provided, on or before October 19, 2022. *See Kelly*, 436 S.W.3d at 321-22.

ORDER ENTERED September 29, 2022.

PER CURIAM

Before Golemon, C.J., Kreger and Johnson, JJ.